SCANNED

FILED
MAY 02 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

In The United States District Court
For The Western District Of Pennsylvania

UNITED STATES OF AMERICA

v.                              Criminal No. 18-242

DONTE TAYLOR
ERICKA SMITH

Order To Settle, Discontinue and End

To the Prothonotary:

Kindly mark this action settled, discontinued and ended upon payment of your cost only.

Date: April 28, 2019

Donte T. Taylor
Pro Se

In The United States District Court
For The Western District Of Pennsylvania

Declaration Under 28 U.S.C. §1746

I Donte Trevelle Taylor, do hereby declare:

I Declare under penalty of perjury under the laws of the United States Of America that the foregoing is true and correct.

Executed on:
April 28, 2019

*/s/ Donte Trevelle Taylor*

Donte Trevelle Taylor
825 Catherine St
Duquesne P.A. 15110