Case 2:18-cr-00242-DSC Document 70 Filed 05/13/19 Page 1 of 2

SCANNED

FILED
MAY 13 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Commonwealth of Pennsylvania
County of: ALLEGHENY

## Contract To Discontinue

This Contract to discontinue is binding and accepted by both Party's upon signing in front of Witness. DONTE TAYLOR / Estate Donte Trevelle Taylor / Sole Heir

In any Capacity Assumed between both parties we Agree to Discontinue this Action. The following Docket Numbers will be deemed Closed, and Settled Forever. Docket Numbers

- MJ-05247-CR-0000317-2018 KA
- CP-02-CR-0006766-2018 KA
- 18-242 (SP)

The Following Action somehow Landed This "Man" Donte Trevelle Taylor / Sole Heir In Slavery. Upon signing this Contract Donte Trevelle Taylor / Sole Heir will be Released from Slavery Forever.

Sworn to and subscribed before me this 1st day of MAY, 2019.

Signed and Delivered in pressence of:

Witness: Derick Lawrence 5/1/19
DERICK LAWRENCE

Adress: 950 SECOND AVE
PGH, PA 15219

/C.C.

Party #1 Donte' Trevelle Taylor / Sole Heir
825 Catherine St.
Duquesne, P.A. 15110

Party #2 DONTE TAYLOR / Estate

NOTARY

Commonwealth of Pennsylvania - Notary Seal
David B. Carl, Notary Public
Allegheny County
My commission expires November 16, 2021
Commission number 1252737
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Commonwealth of Pennsylvania
County of ALLEGHENY

# Declaration

Pursuant to 28 U.S.C. § 1746, I Donté Trevelle Taylor on this **30**th Day of April, 2019, Declare that under penalty of perjury that the following/foregoing is True and Correct.

Date: 5/11/19

Donté Trevelle Taylor
825 Catherine St.
Duquesne, PA 15110
August 30, 1982
Norfolk, Virginia
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

Sworn to and subscribed before me
this 1ST day of MAY, 2019.

x _____ NOTARY - 5/1/2019

Commonwealth of Pennsylvania - Notary Seal
David B. Carl, Notary Public
Allegheny County
My commission expires November 16, 2021
Commission number 1252737
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES