IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONTE TAYLOR
ERICKA SMITH
   Petitioner
  V.

ORLANDO HARPER
   Respondent
(Warden)
  et al

Criminal No. 18-242

Motion for Enforcement of ALL Pre-Trial Detainees Rights and Access To The Law Library Daily WITHOUT Delay.

FILED

JUN 20 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

6/15/19

My Name and Title Is:
Donte Trevelle Taylor / Sole Heir Apparent / Executor / Administrator to the decendant / detendant / Estate of DONTE TREVELLE TAYLOR.

6/15/19

It is well established in Law that a Pre-Trial detainee can NOT be subject to any type of punishment in any form. For It is not being held for punishment, but only to ensure that it appears in Court, an is entitled to the same rights as if it were on House Arrest. More Rights than a person that has been convicted and is housed in prison As punishment.

In this case Jail confinement Causes Post-Traumatic-Stress-Disorder, Bi-Polar 1 & 2, Stockholm Syndrome, and worst Death by Suicide, because of violations of Pre-Trial Detainees rights to Assist its Counsel or Represent its Self are being Impeded by this Court, Marshalls Department, County Sherrifs, Marshalls, and anybody else responsible punishment or refussing to make available to it access to a fully stocked, up to date Law Library, AND research assistance equal to that available to the prosecutors, and or General Public.

To deny this Pre-Trial detainee simply because it is housed in Jail when alternatives are available, would be to impose a pre-trial punishment that under the double Jeopardy Clause of the Constitution BARS criminal criminal Prosecution on same Indictment in this case.

See: City v. Mass 103 S.ct 2979
Bell v. Wolfish 99 S.ct 1861
U.S. v. Gotti 755. Supp. 1159
Rhem v. Malcolm 507 F.2d 333
Lock v. Jenkins 601 F.2d 088

Also See 28 U.S.C. § 1654
Universal Declaration of Human Rights, and Indigenous Rights.

The defendant Avers its 1st, 4th, 5th, 6th, 8th, 13th, and 14th Amendments Rights of the UNITED STATES Constitution are being Violated.

This Indigenous Human, American born Man Avers his 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 (1) & (k), 12, 13 (1) & (2), 14th (1) & (2), 15th (1) & (2), 16th (1) & (2), & (3), 18th, 28th, and 30th Articles of Indigenous, and Human Rights are being Violated.

For Relief the defendant, and this Indigenous "Man" prays to those holding them in Slavery either Accommodate them while they are held Illegally to answer for this bogus Indictment, OR Release them from this Slavery (your custody) to properly defend, and pursue Justice, OR Dismiss this Case for the Above Stated Reasons.

For Relief this "Man", and defendant does Pray.

Respectfully,
Executor/Adm
DONTE T. TAYLOR / defendant