IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:18cr00242 |
| | ) | **Electronic Filing** |
| **DONTE TAYLOR** | ) | |

# MEMORANDUM ORDER

AND NOW, this 8th day of January, 2020, upon due consideration of defendant Dante Taylor's *pro se* motion to disqualify counsel, IT IS ORDERED that [115] the motion be, and the same hereby is, denied.

The court has carefully considered each of the purported shortcomings highlighted by defendant in support of his motion and has considered and ruled on the substantive grounds underlying each of those shortcomings in its rulings on defendant's *pro se* motions issued on this date. At the very least, the matters that defendant contends counsel should have further pursued and/or filed motions on are meritless. The lack of merit in these matters cannot be cured with the benefit of counsel. As a result, counsel cannot be faulted for failing to pursue matters that are frivolous and/or consist of legal non-sense. And defendant does not have the freedom to change lawyers at his whim simply because counsel will not invest time in and/or present such matters to the court. Consequently, his motion to disqualify counsel properly has been denied.

                                              s/David Stewart Cercone
                                              David Stewart Cercone
                                              Senior United States District Judge

cc: Shanicka L. Kennedy, AUSA
James J. Brink, Esquire
Robert E. Mielnicki, Esquire

United States Marshal

(*Via CM/ECF Electronic Mail*)

Donte Taylor
DOC & POD Number 116155
Allegheny County Jail
950 2nd Ave.
Pittsburgh, PA 15219-3100

*(Via United States Postal Service Mail)*